UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| RANDY LEE RINDAHL, Plaintiff, vs. SOUTH DAKOTA ATTORNEY GENERAL, Defendant. | 3:19-CV-03005-RAL <br><br> JUDGMENT OF DISMISSAL |

For the reasons contained in the Order Denying Motions and Screening Case for Dismissal, it is hereby

ORDERED, ADJUDGED AND DECREED that the Complaint seeking a writ of mandamus is dismissed.

DATED this 16th day of May, 2019.

BY THE COURT:

*[signature]*
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE